### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STEVE ANKARLO, WARNER BIEDENHARN, WILLIAM BULANDA, ANTHONY BRUNO, ALI FARA, CURRAN HARMS, JOSEPH IGNELZI, GENE KEELER, ERNEST MYSLINSKI, MATT SPAIN, TOM SOMER, ADRIAN STAPOR, JOE STITH, JORGE VELEZ, and ROBERT WALD, | No. 1:19-cv-03776 <br> Judge Martha M. Pacold <br> Judge Magistrate Judge Sheila Finnegan |
| Plaintiffs, | |
| v. | |
| CITY OF CHICAGO HEIGHTS, ILLINOIS, | |
| Defendant. | |

### STIPULATION OF DISMISSAL

Plaintiffs Ali Fara, Tom Somer, Adrian Stapor, Joe Stith, and Jorge Velez (collectively "Plaintiffs")[1] and Defendant City of Chicago Heights, Illinois (the "City") (jointly, the "Parties") stipulate to the dismissal with prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own attorneys' fees and costs.

Dated: June 23, 2023

PLAINTIFFS ALI FARA, TOM SOMER, ADRIAN STAPOR, JOE STITH, and JORGE VELEZ

By: */s/ Shane M. Voyles*
    One of Plaintiffs' Attorneys

Shane M. Voyles
Attorney at Law
840 South Spring, 1st Floor
Springfield, IL 62704
svoyles@pbpa.org

---

[1] On July 27, 2020, this Court granted Plaintiffs' Motion to Nonjoin, and Steve Ankarlo, Warner Biedenharn, Joseph Ignelzi, Matthew Spain, Anthony Bruno, William Bulanda, Curran Harms, Gene Keeler, Ernest Myslinski, and Robert Wald were dismissed as Plaintiffs from this case. (ECF 41 and 46).

CITY OF CHICAGO HEIGHTS

By: /s/ *Jennifer Naber*
    Defendant's Attorney

Jennifer A. Naber
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
jnaber@lanermuchin.com

## CERTIFICATE OF SERVICE

I, Shane M. Voyles, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **Stipulation of Dismissal** to be filed using the Court's electronic filing system on June 23, 2023, which will send automatic notification of such filing to the following:

>Jennifer A. Naber
>Laner Muchin, Ltd.
>515 North State Street, Suite 2400
>Chicago, Illinois 60654
>(312) 467-9800]
>(312) 467-9479 (fax)
>jnaber@lanermuchin.com

>*/s/ Shane M. Voyles*
>Shane M. Voyles