## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ali Fara, et al.

                        Plaintiff,

v.                                                       Case No.: 1:19–cv–03776
                                                               Honorable Martha M. Pacold

City of Chicago Heights Illinois

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the parties' stipulation [84], this case is dismissed with prejudice. Each party to bear its own fees and costs. Civil case terminated. The status hearing set for 7/26/2023 is stricken. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.